UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ONE HOUR AIR CONDITIONING
FRANCHISING, L.L.C., d/b/a ONE
HOUR AIR CONDITIONING &
HEATING,

      Plaintiff,

v.                                          Case No. 8:14-cv-00785-T-35MAP

TRIPLE CROWN INDUSTRIES,
LLC, BRIAN W. MCCLAFLIN, and
LIBBIE A. MCCLAFLIN,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on Timothy Cantu's motion for temporary admission *instanter* (doc. 10). Under M.D. Fla. R. 2.02(d), "[i]n extraordinary circumstance … a lawyer who is not a member of the Middle District bar may move *instanter* for temporary admission provided the lawyer appears eligible for membership in the Middle District bar and simultaneously initiates proceedings for general or special admission to the Middle District bar." I find that Timothy Cantu has articulated extraordinary circumstances for temporary admission as counsel for Defendants. Accordingly, it is hereby

ORDERED:

1. The motion of Timothy Cantu for temporary admission *instanter* (doc. 10) is GRANTED.

2. Per M.D. Fla. R. 2.02(d), temporary admission for Timothy Cantu expires within

thirty days of this order or upon determination of the application for general or special admission, whichever is earlier.

DONE AND ORDERED in Tampa, Florida on May 6, 2014.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE